03-2789C

# In The United States Court of Federal Claims

## Cover Sheet

03-2789C

Plaintiff(s) or Petitioner(s) CHENEGA MANAGEMENT, L.L.C.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Max D. Garner

Firm Name: Birch, Horton, Bittner and Cherot

Post Office Box:

Street Address: 1127 W. Seventh Avenue

City-State-Zip: Anchorage, AK 99501

Telephone & Facsimile Numbers: (907) 276-1550; FAX: (907) 276-3680

E-mail address: mgarner@bhb.com

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A F

See attached Sheet for three digit code.

Amount Claimed: $ 308,634.81

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003