# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHENEGA MANAGEMENT, L.L.C.,** No. 03-2789C

Plaintiff, (Filed: March 26, 2004)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On March 25, 2004, the parties filed their Joint Preliminary Status Report.

The following schedule is hereby implemented:

1. All discovery shall be completed by July 6, 2004, with no enlargement to be granted; and

2. The parties shall file, on or before July 16, 2004, a joint status report advising how they intend to proceed in this case (*i.e.*, settlement, dispositive motion, trial), with a proposed time-table relative thereto.

**IT IS SO ORDERED**.

*s/ Reginald W. Gibson*

Reginald W. Gibson, Senior Judge