**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHENEGA MANAGEMENT, L.L.C., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2789C |
| | ) | Judge Gibson |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that this Court grant an enlargement of time of 86 days, from July 6, 2004, through and including September 30, 2004, for the parties to complete discovery, and an enlargement of time of 30 days, from July 5, 2004, through and including August 4, 2004, for the Government to respond to plaintiff's first requests for production of documents, requests for admissions, and interrogatories. This is our first request for an enlargement of these deadlines. Plaintiff's counsel has indicated that plaintiff consents to this motion. Although this Court, in its March 26, 2004 scheduling order, set a discovery cutoff of July 6, 2004, and indicated that no enlargements of time would be granted, we are in need of an enlargement of time for the reasons set forth below. We apologize to the Court for an inconvenience caused by this request.

This matter recently was assigned to undersigned counsel of record. The prior attorney no longer works at the Department of Justice and, as a result, is not available to work upon this matter. Undersigned counsel requires additional time to become familiar with the factual and legal issues. Further, plaintiff served the aforementioned discovery requests on June 1, 2004. Our responses are due July 5, 2004, only one day before the current close of discovery. Additional time is needed to properly respond to those discovery requests.

The parties also still must conduct depositions in this matter. Plaintiff's counsel has indicated that the witnesses he wishes to depose are in New Mexico and in the Washington, D.C. area. Further, certain of plaintiff's witnesses, including its president and its general manager, apparently are located in Alaska, and others are located in New Mexico. Therefore, it is likely that depositions in this matter will need to conducted in all three locations. This will require extensive travel and take substantial time.

Moreover, in addition to this matter, undersigned counsel is responsible for numerous other cases that have required attention in recent weeks, or that will require attention in the coming weeks. For instance, counsel recently filed the following briefs: (1) Calvert v. Department of Veterans Affairs, Fed. Cir. No. 04-7075 (informal brief filed on or about May 26, 2004); (2) Formby v. Office of

Personnel Management, Fed. Cir. No. 04-3195 (informal brief filed on June 1, 2004); (3) Clark v. United States, Fed. Cir. No. 03-2769 (informal brief filed on June 1, 2004); (4) Sodexho Marriott Management, Inc. v. United States, Fed. Cl. No. 99-765C (sur-reply brief filed on June 3, 2004 regarding Government's motion to dismiss); (5) Henderson v. Department of Veterans Affairs, Fed. Cir. No. 04-7074 (informal brief being filed June 4, 2004); Paalan v. United States, Fed. Cir. No. 04-5043 (informal brief filed June 17, 2004).

Further, counsel is responsible for Hoska v. The Department of the Army, Fed. Cir. No. 03-3306. Oral argument has been scheduled in that matter for July 7, 2004. Counsel will be required to spend significant time during the weeks of June 28 and July 5, 2004 preparing for that argument. Counsel also is responsible for Rice v. United States, Fed. Cir. No. 04-5069. Counsel expects to file the Government brief in that case on or before July 24, 2004. Counsel also is responsible for Marshall Carter v. Department of Veterans Affairs, Fed. Cir. No. 04-3052. Counsel expects to file the Government's brief in that matter on or before August 5, 2004.

In addition, counsel is responsible for Carroll v. United States, Fed. Cl. No. 04-750 (response to complaint due June 28, 2004) and Kira, Inc. v. United States, Fed. Cl. No. 04-480C (response to complaint due July 29, 2004). Counsel also is

responsible for the consolidated actions in Blue Lake Forest Products, Inc. v. United States, Fed. Cl. No. 01-570C, Timber Products Co. v. United States, Fed. Cl. No. 01-627C, and CLR Timber Holdings, Inc. v. United States, Fed. Cl. No. 04-501. Counsel will be required to spend a substantial amount of time in the next several weeks upon court-ordered discovery in the first two of those cases and also must prepare the Government's response to the complaint in the CLR case (proposed deadline is July 27, 2004). Counsel is responsible for other matters that will require his attention as well. In addition, counsel is schedule for bid protest duty from July 12 through July 23, 2004.

Finally, plaintiff's counsel has indicated that he is unavailable in late July and early August 2004. Accordingly, defendant respectfully requests that the Court grant the Government the requested enlargements of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Attorneys for Respondent

June18, 2004

Certificate of Filing

I hereby certify that on June18, 2004, a copy of foregoing DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder