# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHENEGA MANAGEMENT, L.L.C.,** No. 03-2789C

Plaintiff, (Filed: June 21, 2004)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Defendant's unopposed motion, filed on June 18, 2004, for enlargements of time is hereby granted in part as follows:

1. The discovery deadline is hereby extended 63 days, to and including September 7, 2004 (rather than the 86 days, to September 30, 2004, per the motion); the parties' joint status report advising how they intend to proceed in this case (*i.e.*, settlement, dispositive motion, trial, etc.), with a proposed time-table relative thereto, shall now be filed on or before September 17, 2004; and

2. Defendant's response to plaintiff's first request for production of documents, requests for admissions, and interrogatories is hereby extended 30 days, to and including August 4, 2004.

No further motions for enlargement of the above schedule will be entertained by this court.

**IT IS SO ORDERED**.

*s/ Reginald W. Gibson*

Reginald W. Gibson, Senior Judge