**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHENEGA MANAGEMENT, L.L.C., Plaintiff, | ) | |
| v. | ) | No. 03-2789C<br>Judge Gibson |
| THE UNITED STATES, Defendant. | ) | |

CONSENT MOTION FOR STAY OF PROCEEDINGS

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that this Court stay further proceedings in this action for a period of 48 days, through and including October 12, 2004, to allow pursuit of settlement negotiations by the parties. This is our first request for a stay of proceedings in this case. Plaintiff consents to this motion. There currently is a discovery cutoff in this case of September 7, 2004, with no enlargements of time permitted.

During the week of August 16, 2004, plaintiff conducted a number of depositions of Government employees in New Mexico. While in New Mexico, counsel for the parties had the opportunity to engage in extensive face-to-face discussions of the factual and legal issues. Further, counsel for the parties, along with a representative of the Air Force, participated in settlement discussions, and plaintiff made an initial settlement proposal. Having explored the issues, the

parties agree that there is a possibility that this case can be settled without the need for any further Court proceedings. Therefore, the parties believe that the best course is to place this case directly upon a settlement track without delay.

Focusing their energies upon settlement, rather than upon further litigation, would be the most efficient and effective use of the parties' time and resources. It also likely will result in a quicker resolution of this case, since conducting the remaining depositions in this matter would be time-consuming and would delay further settlement negotiations. Plaintiff's counsel and one or more representatives have indicated that they would be willing to come to Washington, D.C. to engage in face-to-face negotiations if necessary.

Accordingly, we respectfully request that further proceedings in this matter be stayed for a period of 48 days to provide the parties with the opportunity to settle this action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ Richard P. Schroeder

RICHARD P. SCHROEDER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Attorneys for Respondent

August 25, 2004

Certificate of Filing

I hereby certify that on August 25, 2004, a copy of foregoing CONSENT MOTION FOR STAY OF PROCEEDINGS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Richard P. Schroeder