# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHENEGA MANAGEMENT, L.L.C.,** No. 03-2789C

Plaintiff, (Filed: August 25, 2004)

v.

**THE UNITED STATES**,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's August 25, 2004 unopposed motion to stay proceedings in the above-captioned matter, for the purpose of pursuing settlement negotiations, is hereby GRANTED. This stay of forty-eight (48) days (until, and inclusive of, October 12, 2004) shall be the only stay granted for this purpose.

**IT IS SO ORDERED**.

*s/ Reginald W. Gibson*

________________________________

Reginald W. Gibson, Senior Judge