# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**CHENEGA MANAGEMENT, L.L.C.,** No. 03-2789C

Plaintiff, (Filed: August 25, 2004)

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

In accordance with this court's August 25, 2004 Order granting a stay in the above-captioned matter until, and inclusive of, October 12, 2004, our June 21, 2004 scheduling order is hereby modified as follows. The June 21, 2000 Order of this court set a September 7, 2004 deadline for discovery in this action, and the parties were to file their joint status report advising the court of the manner in which they intend to proceed, including a proposed time-table relative thereto, on or before September 17, 2004. Thus, at this time, twelve (12) days remain for discovery under the June 21, 2004 order, and twenty-three (23) days remain until the filing deadline for the joint status report. Should the parties fail to reach a settlement, the period for discovery shall be automatically reinstituted for a span of time equal to the time currently remaining per the June 21, 2004 Order. Hence, the discovery deadline shall be October 25, 2004, and the parties' joint status report shall be filed on November 4, 2004.

**IT IS SO ORDERED.**

*s/ Reginald W. Gibson*

__________________________________

Reginald W. Gibson, Senior Judge