ORIGINAL

# In the United States Court of Federal Claims

No. 03-2789 C
(Filed: September 1, 2004)

FILED
SEP 1 2004
U.S. COURT OF FEDERAL CLAIMS

************************************
**CHENEGA MANAGEMENT, L.L.C.,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
************************************

## ORDER

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims, for the efficient administration of justice, the Clerk of the Court is hereby directed to reassign this case to the docket of Chief Judge Damich.

EDWARD J. DAMICH
Chief Judge