# In the United States Court of Federal Claims

FILED
SEP 1 2004
U.S. COURT OF
FEDERAL CLAIMS

No. 03-2789 C

**CHENEGA MANAGEMENT, L.L.C.**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Chief Judge Edward J. Damich**

Pursuant to Rule 40.1(b) this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

Brian Bishop

Brian Bishop, Clerk