Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Chenega Management, LLC

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHENEGA MANAGEMENT, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 03-2789C |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR STAY OF PROCEEDINGS

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff, Chenega Management, L.L.C. ("Chenega"), respectfully requests that this Court grant a stay of these proceedings for 39 days, through November 30, 2004. This is Plaintiff's first request for an enlargement of these deadlines. Defendant's counsel has indicated that Defendant does not oppose this motion.

On August 25, 2004, the court granted the government's non-opposed motion to stay proceedings, which was prompted by the parties' mutual belief that a negotiated resolution was attainable. Since the granting of that stay the parties have tentatively agreed to settlement terms that, on the government's side, are subject to

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

supervisory approval, and approval by an authorized representative of the Attorney General. If those terms are approved, the resulting settlement agreement will resolve all pending issues in this litigation.

Accordingly, Plaintiff respectfully requests that the Court grant a short stay of these proceedings to forestall the running of discovery and procedural deadlines while awaiting final action by the authorized representative of the Attorney General. Plaintiff proposes that the stay take effect as promptly as possible, and remain in place through November 30, 2004. On or before that date, the parties will submit a joint report advising of whether a settlement has been achieved, or whether continuing litigation is necessary.

DATED this 25th day of October, 2004.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys Chenega Management, LLC

By: /s/
Max D. Garner, ABA #9011096

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of October, 2004, a true and correct copy of the foregoing was served via U.S. mail, postage prepaid, on the following:

Mr. Richard P. Schroeder
ATTN: Classification Unit
U.S. Department of Justice
Commercial Litigation Branch/Civil Division
1100 L Street, 8th Floor
Washington, D.C. 20530

BIRCH, HORTON, BITTNER AND CHEROT

By:__________________________