# In the United States Court of Federal Claims

No. 03-2789C
(Filed: October 27, 2004)

| | |
|---|---|
| ********************************** | |
| **CHENEGA MANAGEMENT, L.L.C.** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ********************************** | |

## ORDER

On October 25, 2004, Plaintiff filed an unopposed Motion for Stay of Proceedings requesting an enlargement of the current stay of proceedings in the case through November 30, 2004. According to the motion, the parties have agreed to tentative settlement terms, subject to supervisory approval on the Defendant's side and approval by an authorized representative of the Attorney General.

The Court hereby GRANTS the motion for the purpose of allowing the parties to await final approval of the tentative settlement terms by the authorized representative of the Attorney General. This will be the final extension granted for the purpose of pursuing settlement. Any further negotiations will proceed concurrently with additional activity in this case.

The parties are ORDERED to file, on or before November 30, 2004, a joint status report detailing whether a settlement has been achieved, and if no settlement has been reached, (1) the status of the settlement negotiations, and (2) the status of discovery in this case keeping in mind the deadlines established in Senior Judge Gibson's order from August 25, 2004. A courtesy copy of the joint status report shall be submitted via facsimile (202-219-1469) or e-mail (damich_chambers@ao.uscourts.gov) on the day that it is filed.

S/ Edward J. Damich
Edward J. Damich
Chief Judge