Max D. Garner, ABA #9011096
Birch, Horton, Bittner and Cherot
1127 W. Seventh Avenue
Anchorage, AK 99501
(907) 276-1550

Attorneys for Chenega Management, LLC

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHENEGA MANAGEMENT, L.L.C.,
Plaintiff,
v.
THE UNITED STATES OF AMERICA,
Defendant.

Case No. 03-2789C

## JOINT STATUS REPORT

Plaintiff, Chenega Management, LLC ("Chenega") and Defendant, the United States of America, by and through undersigned counsel of record, hereby submit this joint status report in compliance with the court's order of October 27, 2004.

The settlement terms negotiated by counsel have been formally approved by the Department of Justice, subject to the execution of a written settlement agreement. A draft settlement agreement incorporating those terms is in the process of being finalized. Once finalized (which should occur in another three to five days), the parties anticipate the agreement will be submitted for review and approval by party representatives and forwarded to the Settlement Fund for payment. Once the settlement proceeds have been paid, the parties will execute a

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

stipulation for dismissal. There appear to be no disputed issues or other obstacles standing in the way of the negotiated resolution of this case.

Based upon the foregoing, Chenega and the Government jointly request that this matter be stayed for an additional period of forty-five (45) days. Within that period, the parties anticipate that the settlement proceeds will be paid and a dismissal motion filed.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Chenega Management, LLC

DATED: 11/30/2004

By: /s/
Max D. Garner, ABA #9011096

PETER D. KEISLER, JR.,
Assistant Attorney General

DAVID M. COHEN, Director

DATED: 11/30/2004

By: /s/
BRIAN SIMKIN
Assistant Director

By: /s/
Richard P. Schroeder, Trial Attorney
Attorneys for Defendant
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
1100 L Street, N.W., Eighth Floor
Washington, D.C. 20005
(202) 353-7961