RECEIVED

APR 19 2005

BIRCH, HORTON, BITTNER AND CHEROT

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CHENEGA MANAGEMENT, L.L.C.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

Case No. 03-2789C
Chief Judge Damich

Electronically Filed on ~~April~~ MAY 9, 2005

## STIPULATED NOTICE OF DISMISSAL

Pursuant to RCFC 41(a), the parties, Chenega Management, L.L.C., and the United States of America, by and through undersigned counsel of record, hereby stipulate to the dismissal with prejudice of all claims brought or which could have been brought by Plaintiff against Defendant in this matter, with each party to bear its own costs and attorneys' fees.

BIRCH, HORTON, BITTNER AND CHEROT
Attorneys for Chenega Management, LLC

DATED: April 19, 2005

By: [signature]
Max D. Garner, ABA #9011096

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

PETER D. KEISLER, JR.,
Assistant Attorney General

DAVID M. COHEN, Director

DATED: April 18, 2005

By: ______________________
BRIAN SIMKIN
Assistant Director

By: ______________________
Richard P. Schroeder, Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
ATTN: Classification Unit
8th Floor
1100 L Street, N.W., Eighth Floor
Washington, D.C. 20005
(202) 353-7961

Attorneys for Defendant

BIRCH, HORTON, BITTNER AND CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3399
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680